IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Herriott, Sarah C | Case Number:  07 B 05556 |
| | Judge:  Wedoff, Eugene R |
| Printed: 12/23/08 | Filed:  3/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 16, 2008
Confirmed: August 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,405.59 | |
| Secured: | | 7,150.53 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,500.00 |
| Trustee Fee: | | 531.93 |
| Other Funds: | | 1,223.13 |
| Totals: | 10,405.59 | 10,405.59 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,500.00 | 1,500.00 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 14,526.03 | 5,806.34 |
| 4. | American General Finance | Secured | 3,095.40 | 1,344.19 |
| 5. | Wilshire Credit Corp | Secured | 12,271.74 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 82.60 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 736.59 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 231.82 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 6.05 | 0.00 |
| 10. | Capital One | Unsecured | 45.86 | 0.00 |
| 11. | American General Finance | Secured | | No Claim Filed |
| 12. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| | | | $ 32,496.09 | $ 8,650.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 318.77 |
| 6.5% | 213.16 |
| | $ 531.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Herriott, Sarah C

Printed: 12/23/08

Case Number:  07 B 05556
Judge:  Wedoff, Eugene R
Filed:  3/28/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

